IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:99cr52-MHT |
| CLINT GRIFFIN | ) | |

### ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Defendant Clint Griffin's objections (doc. no. 329) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 326) is adopted.

(3) Defendant Griffin's motion for return of property (doc. no. 315) is denied.

DONE, this the 23rd day of January, 2007.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE